# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam Gibbons, | No. CV-20-01719-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| PSCU Incorporated, | |
| Defendant. | |

After a review of Plaintiff's Unopposed Motion for Approval of FLSA Settlement, the Settlement Agreement and Release ("Agreement") and its corresponding exhibits, and the Declaration of Plaintiff's Counsel (Doc. 80), and after hearing from Counsel at the June 24, 2022, final approval hearing, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. Accordingly,

**IT IS ORDERED** that Plaintiff's motion (Doc. 80) is GRANTED, and it is Ordered and Adjudged as follows:

1. The Proposed Agreement is APPROVED, including, but not limited to, the exhibits to the Agreement, the Service Award to Plaintiff Gibbons, attorneys' fees and costs to Plaintiff's Counsel, the Notice of Settlement, and the Notice Process.

**IT IS FURTHER ORDERED** that:

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Agreement;

- Rust Consulting, Inc. will serve as "Settlement Administrator" in the administration services described in the Agreement;
- Named Plaintiff Gibbons is appointed as the representatives for the Settlement Collective; and
- Plaintiff's Counsel (Clif Alexander and Austin W. Anderson of Anderson Alexander, PLLC) are approved as Collective Counsel for the Settlement Collective.

**IT IS FURTHER ORDERED** that the form and content of the Notice of Proposed Settlement attached to the Motion to Approve Settlement is adequate, proper, comports with Due Process, and it is hereby approved and authorized for distribution to Collective Members.

**IT IS FURTHER ORDERED** that Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, moderate extensions of time that do not alter effective dates, and minor changes to other exhibits that they jointly agree are reasonable or necessary.

**IT IS FURTHER ORDERED** that this case be and is DISMISSED with Prejudice and without attorney fees or costs, except as provided in the Settlement Agreement.

Dated this 28th day of June, 2022.

Douglas L. Rayes
United States District Judge